## STATE OF CONNECTICUT *v.* MICHAEL MOODY

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 207 (AC 30031), is denied.

*Elizabeth M. Inkster*, senior assistant public defender, and *Mirza Refai Arefin*, certified legal intern, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided July 1, 2010

## DONNETTE GRANT *v.* COMMISSIONER OF CORRECTION

The petitioner Donnette Grant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 295 (AC 30112), is denied.

*Mary H. Trainer*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided July 1, 2010